AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Texas

| Planet Home Lending LLC | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:20-cv-00785-E |
| Naghmi et al | ) |
| *Defendant* | ) |

## Summons in a Civil Action

**TO:** John Russo
17977 Gourd Neck Loop
Winter Garden, Florida 34787

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) -- or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) -- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or the plaintiff's attorney, whose name and address are:

Marc Katz
1900 North Pearl Street
Suite 2200
Dallas , TX 75201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

DATE: 04/06/2020

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 12/09) Summons in a Civil Action (Page 2)

Civil Action No. 3:20-cv-00785-E

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* **JOHN RUSSO**
was received by me on *(date)* **04/10/2020**.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* **IVAN BURGOS**, a person of suitable age and discretion who resides there,
on *(date)* **04/10/2020**, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ **0.00**.

I declare under penalty of perjury that this information is true.

Date: **4/15/2020**

_____
*Server's signature*

**EDWIN YOUNG / PROCESS SERVER**
*Printed name and title*

172 Brook Avenue, suite A
PO Box 776

924 N. Magnolia Ave, Ste. 220
*Server's address*

Additional information regarding attempted service, etc:

Address Served: 17977 GOURD NECK LOOP, WINTER GARDEN, FL 34787

Documents Served
SUMMONS IN A CIVIL ACTION; ORIGINAL VERIFIED COMPLAINT AND APPLICATION FOR INJUNCTIVE RELIEF with EXHIBITS 1-6 and CIVIL COVER SHEET